LOWELL B. DAVIS Esq.
Attorney for Plaintiffs
One Old Country Rd.
Carle Place, N.Y. 11514
516 746 7474

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GLENN LEONARD and
BARRINGTON HENDERSON

               Plaintiff,

V.

UMG RECORDINGS INC., STAR DIRECTION
INTERNATIONAL CREATIVE MANAGEMENT INC.,
And OTIS WILLIAMS,

               Defendants

NOTICE OF APPEARANCE

07 CIV 9597 (KOELTL J.)
Mag. Judge Dollinger

---

To The Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for Glenn Leonard and Barrington Henderson in Lieu of that of Walter A. Kretz.

February 12, 2008
Date

/S/ LOWELL B. DAVIS
   Signature
LOWELL B. DAVIS
Print Name

ONE OLD COUNTRY ROAD
Address

CARLE PLACE, NEW YORK 11514
City,        State

(516)746-7474
Phone Number

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
GLENN LEONARD and BARRINGTON HENDERSON    07 CIV 9597 (Koetl J.)

                 Plaintiff,         CONSENT TO
                                          CHANGE ATTORNEY

   -against-

UMG RECORDINGS, INC., STAR DIRECTION,
INTERNATIONAL CREATIVE MANAGEMENT INC.,
And OTIS WILLIAMS

                 Defendant(S)
------------------------------------------------X

     IT IS HEREBY CONSENTED that LOWELL B. DAVIS, Esq., of ONE OLD COUNTRY ROAD, CARLE PLACE, NEW YORK 11514, be substituted as attorneys of record for the undersigned party in the above entitled action in place and stead of the undersigned attorney as of the date hereof.

Date: February 4, 2008

                                 _____
                                 LOWELL B. DAVIS Esq.

                                 _____
                                 GLEN LEONARD

                                 _____
                                 BARRINGTON HENDERSON

STATE OF NEW YORK)
                       ss.:
COUNTY OF          )

     On the    th day of February 2008 before me personally came GLENN LEONARD and BARRINGTON HENDERSON to me known to be the individual described in and who executed the foregoing instrument, and acknowledged that he executed the same.

                                 _____
                                 NOTARY PUBLIC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
GLENN LEONARD and BARRINGTON HENDERSON     07 CIV 9597 (Koetl J.)

                Plaintiff,      CONSENT TO
                              CHANGE ATTORNEY
   -against-

UMG RECORDINGS, INC., STAR DIRECTION,
INTERNATIONAL CREATIVE MANAGEMENT INC.,
And OTIS WILLIAMS

                Defendant(s)
----------------------------------------X

IT IS HEREBY CONSENTED that LOWELL B. DAVIS, Esq., of ONE OLD COUNTRY ROAD, CARLE PLACE, NEW YORK 11514, be substituted as attorneys of record for the undersigned party in the above entitled action in place and stead of the undersigned attorney as of the date hereof.

Date: February 4, 2008

                              _____
                              LOWELL B. DAVIS, Esq.

                              _____
                              GLENN LEONARD

                              _____
                              BARRINGTON HENDERSON

STATE OF NEW YORK)
                ss.:
COUNTY OF        )

    On the   th day of February 2008 before me personally came GLENN LEONARD and BARRINGTON HENDERSON to me known to be the individual described in and who executed the foregoing instrument, and acknowledged that he executed the same.

                              _____
                              NOTARY PUBLIC