LOWELL B. DAVIS Esq.
Attorney for Plaintiffs
One Old Country Rd.
Carle Place, N.Y. 11514
516 746 7474

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GLENN LEONARD and
BARRINGTON HENDERSON

                    Plaintiff,                        NOTICE OF
                                                      APPEARANCE
          V.

UMG RECORDINGS INC.,STAR DIRECTION          07 CIV 9597 (KOELTL J.)
INTERNATIONAL CREATIVE MANAGEMENT INC.,     Mag. Judge Dollinger
And OTIS WILLIAMS,

                    Defendants

---

To The Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for

Glenn Leonard and Barrington Henderson in Lieu of that of

Walter A. Kretz.

February 12, 2008
Date

                              /S/ LOWELL B. DAVIS
                                 Signature
                              LOWELL B. DAVIS
                              Print Name

                              ONE OLD COUNTRY ROAD
                              Address

                              CARLE PLACE, NEW YORK 11514
                              City,          State

                              (516)746-7474
                              Phone Number

VICKI MASTERS    No.3034    P. 1    01

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
GLENN LEONARD and BARRINGTON HENDERSON    07 CIV 9597 (Koetl J.)

                    Plaintiff,              CONSENT TO
                                            CHANGE ATTORNEY
            -against-

UMG RECORDINGS, INC., STAR DIRECTION,
INTERNATIONAL CREATIVE MANAGEMENT INC.,
And OTIS WILLIAMS

                    Defendant(S)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

        IT IS HEREBY CONSENTED that LOWELL B. DAVIS, Esq., of ONE

OLD COUNTRY ROAD, CARLE PLACE, NEW YORK 11514, be substituted as

attorneys of record for the undersigned party in the above

entitled action in place and stead of the undersigned attorney as

of the date hereof.

Date, February 4, 2008

                                    _____
                                    LOWELL B. DAVIS Esq.

                                    _____
                                    GLEN LEONARD

                                    _____
                                    BARRINGTON HENDERSON

STATE OF NEW YORK)
                        ss.:
COUNTY OF            )

        On the    th day of February 2008 before me personally
came GLENN LEONARD and BARRINGTON HENDERSON to me known to be the
individual described in and who executed the foregoing
instrument, and acknowledged that he executed the same.


                    _____
                    NOTARY PUBLIC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
GLENN LEONARD and BARRINGTON HENDERSON        07 CIV 9597 (Koeltl J.)

                    Plaintiff,              CONSENT TO
                                            CHANGE ATTORNEY
            -against-

UMG RECORDINGS, INC., STAR DIRECTION,
INTERNATIONAL CREATIVE MANAGEMENT INC.,
And OTIS WILLIAMS

                Defendant(s)

------------------------------------------------X

        IT IS HEREBY CONSENTED that LOWELL B. DAVIS, Esq., of ONE

OLD COUNTRY ROAD, CARLE PLACE, NEW YORK 11514, be substituted as

attorneys of record for the undersigned party in the above

entitled action in place and stead of the undersigned attorney as

of the date hereof.

Date: February 4, 2008

                                    _____
                                    LOWELL B. DAVIS, Esq.

                                    _____
                                    GLEN LEONARD

                                    _____
                                    BARRINGTON HENDERSON

STATE OF NEW YORK)
                        ss.:
COUNTY OF            )

        On the    th day of February 2008 before me personally
came GLENN LEONARD and BARRINGTON HENDERSON to me known to be the
individual described in and who executed the foregoing
instrument, and acknowledged that he executed the same.



                    _____
                            NOTARY PUBLIC