

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GLENN LEONARD, BARRINGTON
HENDERSON,

        Plaintiffs,

    v.

UMG RECORDINGS, INC. STAR DIRECTION,
INTERNATIONAL CREATIVE MANAGEMENT
INC., and OTIS WILLIAMS

        Defendants.
------------------------------------------------------------X

Case No.: 07 Civ. 9597 (JK)

## STIPULATION EXTENDING TIME TO
## ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

It is hereby stipulated and agreed by and among the parties hereto and their undersigned counsel that the time within which defendant UMG Recordings, Inc. shall answer, move or otherwise respond to the complaint in this matter shall be extended up to and including April 7, 2008.

Law Offices of Lowell B. Davis

BY: _____
Lowell B. Davis (LD 2913)
**Attorney for Plaintiffs**
One Old Country Road
Carle Place, New York 11514
(516) 746-7474

UMG RECORDINGS, INC.

BY: _____
Carla M. Miller (CM 3534)
**Attorney for Defendant**
UMG Recordings, Inc.
Universal Music Group
1755 Broadway, 4th Floor
New York, New York 10019
(212) 331-2564

So Ordered:

_____
Dated: 3/4/08

9556.7