```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------
LEONARD, et al.,

                      Plaintiff,

    - against -

UMG RECORDINGS, INC., et al.,

                      Defendants.
-------------------------------------

07 Civ. 9597 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The time for defendant UMG Recordings, Inc. ("UMG") to move or answer is **April 7, 2008**. Plaintiff should respond by **April 25, 2008**. Defendant UMG's time to reply is **May 9, 2008**.

SO ORDERED.

Dated:    New York, New York
           March 6, 2008

                                        John G. Koeltl
                                  United States District Judge