VIA ECF

April 12, 2008

Hon John G. Koetl
United States District Court
Southern District of New York
500 Pearl Street Rm 1030
New York, N.Y. 10007

Re: Leonard v UMG  07 Civ 9597

Dear Judge Koetl:

      This office represents the plaintiff in the above referenced action. We understand that Mr. Fletcher called plaintiff's prior attorney to advise him that the court wished to have a status conference on April 14, 2008.

      We also understand that Ms. Carla Miller, counsel for the defendant UMG has advised the court that plaintiffs have been stayed from prosecuting this action by the Hon. Gary A. Frees of the District Court for the Central District of California. We respectfully request that this action be placed upon the suspense calendar as the parties intend to appeal the decision of the Hon. Gary A. Frees.

Very Truly yours,


Lowell B. Davis,
LBD/le
cc: Carla Miller, Esq., via ECF