UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

GLENN LEONARD,

                            Plaintiff(s),
                                                          07 civ 9597 (JGK)

           -against-

                                                            **ORDER CLOSING CASE**

UMG RECORDINGS, INC, et al.,
                            Defendant(s).
-----------------------------------------------------------X

**JOHN G. KOELTL, DISTRICT JUDGE:**

This action is ordered closed on the active docket of this Court without prejudice to reopening of this matter within 30 days after the resolution of the related action in the Central District of California.

**SO ORDERED.**

                                                                  JOHN G. KOELTL
                                                UNITED STATES DISTRICT JUDGE

Dated: New York, New York
         May 14, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/2008